AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE

**SUMMONS IN A CIVIL CASE**

ROBERT H. AYLOR, JR.,

    V.                                                          CASE NUMBER:   05 - 222

XYBERNAUT CORPORATION,
EDWARD G. NEWMAN, STEVEN A.
NEWMAN, M.D., and THOMAS D. DAVIS,

TO: (Name and address of defendant):

    Xybernaut Corporation
    c/o The Prentice-Hall Corporation System, Inc.
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jessica Zeldin, Esquire
    Rosenthal, Monhait, Gross
      & Goddess, P.A.
    919 N. Market Street, Suite 1401
    P. O. Box 1070
    Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                             4-15-05
_____                   _____
CLERK                                                       DATE

Beth D___
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4-15-2005 |
| NAME OF SERVER (PRINT) David Mayo | TITLE Legal courier |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: Prentice Hall C/o Mary T. Drummond 2711 Centerville Road, Suite 400, Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-15-2005
            Date

Signature of Server
827 King Street
Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.