## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2004, I electronically filed XYBERNAUT INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPLICATION OF THE XYBERNAUT INVESTORS GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL using CM/ECF, which will send notification of such filing, to the following:

Seth D. Rigrodsky
MILBERG WEISS BERSHAD
& SCHULMAN, LLP
919 North Market Street, Suite 411
Wilmington, Delaware 19801
srigrodsky@milbergweiss.com

Michael F. Bonkowski
SAUL EWING LLP
222 Delaware Avenue Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
mbonkowski@saul.com

Pamela S. Tikellis
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
pamelatikellis@chimicles.com

Laurence V. Cronin
SMITH, KATZENSTEIN & FURLOW
The Corporate Plaza
800 Delaware Avenue P.O. Box 410
Wilmington, Delaware 19899
lcronin@skfdelware.com

I hereby certify that on June 14, 2005, I have caused to be mailed by Federal Express, a copy of the same document to the following non-registered participants:

William B. Federman
FEDERMAN & SHERWOOD
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

John M. Tran
DiMURO GINSBERG, P.C.
908 King Street Suite 200
Alexandria, Virginia 22314

Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Robert Plotkin
McGUIRE WOODS LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036-5317

Robert E. Scully, Jr.
REES, BROME & DIAZ, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner, Virginia  22182

Andrew J. Morris
MAYER, BROWN, ROWE & MAW
1909 K Street, N.W.
Washington, DC  20006-1101

Susan Kennedy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania  19103-6996

Eric Belfi
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue
New York, NY 10016

John F. Moynahan
10829 Fieldwood Drive
Fairfax, VA  22030-4550

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Joseph Gentile
SARRAF GENTILE LLP
111 John Street, 8th Floor
New York, NY 10038

Jessica Zeldin (Del. Bar No. 3558)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
Suite 1401, 919 N. Market Street
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
jzeldin@rmgglaw.com