**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6507
Writer's Telecopy Number: (302) 658-8111
Writer's E-Mail Address: JCATHEY@prickett.com

June 15, 2005

**Filed Electronically and Via Hand Delivery**

Clerk of the Court
U.S. District Court for the
District of Delaware
Federal Building
844 King Street
Wilmington, DE 19801

Re:  **Aylor v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-222 (SLR)**
     **Tal v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-242 (SLR)**
     **Fehrenbacher v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-256 (SLR)**
     **Jaskol, et al. v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-268 (SLR)**
     **Wauhop v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-310 (SLR)**
     **Donnelly, et al. v. Xybernaut, et al.**
     **C.A. No. 05-CV-334 (JJF)**
     **Smith v. Xybernaut Corporation, et al.**
     **C.A. No. 05-CV-354 (SLR)**

Dear Sir or Madam:

Pursuant to the instructions from your office, I enclose a 3.5" floppy disk containing corrected Exhibits D and E to the Declaration of James L. Holzman (the "Holzman Declaration"), which was e-filed in the above-referenced actions on June 14, 2005. The Holzman Declaration is docketed in those actions as follows: item 7 in C.A. No. 05-cv-222; item 11 in C.A. No. 05-cv-242; item 10 in C.A. No. 05-cv-256; item 14 in C.A. No. 05-cv-268; item 9 in C.A. No. 05-cv-310; item 7 in C.A. No. 05-cv-334; and item 8 in C.A. No. 05-cv-354.

Please delete the previously filed Exhibit D, and add the corrected Exhibits D and E contained on the floppy disk.

19625.1\276899v1

Clerk of the Court
U.S. District Court
June 15, 2005
Page 2

    Please note that the paper courtesy copy of the Holzman Declaration that was filed with the Court earlier today contains the correct exhibits.

    Thank you for your assistance, and please contact me with any questions,

                      Sincerely yours,

                        J. Clayton Athey (Bar ID # 4378)

JCA/mf
Enclosure

cc:    Francesca Tassone - By Hand w/o enclosure
        Jessica Zeldin, Esquire
        Pamela S. Tikellis, Esquire
        Robert J. Kriner, Esquire
        A. Zachary Naylor, Esquire
        Robert Davis, Esquire
        David Phillip Primack, Esquire
        Seth D. Rigrodsky, Esquire
        Ralph N. Sianni, Esquire
        Brian D. Long, Esquire
        Laurence V. Cronin, Esquire

19625.1\276899v1