IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT H. AYLOR, JR Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00222-SLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT XYBERNAUT CORPORATION TO ANSWER OR OTHERWISE RESPOND** |
| MOSHE TAL, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00242-SLR |
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00256-SLR |

[Captions Continued On Next Page]

| | |
|---|---|
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00268-SLR |
| JOSPEH DANIEL WAUHOP, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00310-SLR |
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, et al.,<br><br>Defendants. | Class Action<br>Case No. 1:05-cv-00334-SLR |

## STIPULATION/ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties and/or their counsel for the respective parties, as follows:

1.  McGuireWoods LLP is authorized to accept on behalf of defendant Xybernaut Corporation, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Xybernaut Corporation's defenses except as to sufficiency of service of process; and

2.  The time for Xybernaut Corporation to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of: (a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended complaint, if any, is served upon counsel for Xybernaut Corporation.

Dated: June 28, 2005

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: */s/ Seth Rigrodsky*
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
919 N. Market Street, Suite 411
Wilmington, DE 19801
srigrodsky@milbergweiss.com
(302) 984-0597 (Tel)
(302) 984-0870 (Fax)

--and--

Dated: June 29, 2005

**MCGUIREWOODS LLP**

By: */s/ Robert Plotkin*
Robert Plotkin
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036-5317
rplotkin@mcguirewoods.com
(202) 857-1750 (Tel)
(202) 828-2970 (Fax)

*Counsel for Defendant*
*Xybernaut Corporation*

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza – 49th Floor
New York, NY 10119-0165
(212) 594-5300 (Tel)
(212) 868-1229 (Fax)

*Counsel for Moshe Tal, Christina W. Donnelly, John Donnelly, James G. Williamson, Richard W. Dearborn, Jeffrey M. Jaskol and Stacey J. Jaskol*

**CHIMICLES & TIKELLIS, LLP**


By: /s/ Robert R. Davis
Pamela S. Tikellis (#2172)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
robertdavis@chimicles.com
(302) 656-2500 (Tel)
(302) 656-9053 (Fax)

*Counsel for Michael Fehrenbacher*

**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**

By: /s/ Jessica Zeldin
Jessica Zeldin (#3558)
Mellon Bank Center, Suite 1401
919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
jzeldin@rmgglaw.com
(302) 656-1433 (Tel)
(302) 658-7567 (Fax)

OF COUNSEL:

James E. Miller
Patrick A. Klingman
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLC
65 Main Street
Chester, CT 06412
(860) 526-1100 (Tel)

Andrew M. Schlatz
Jeffrey S. Nobel
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292 (Tel)

***Counsel for Robert H. Aylor, Jr. and Joseph Daniel Wauhop***


SO ORDERED:


Dated: _____, 2005

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2004, I electronically filed STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT XYBERNAUT CORPORATION TO ANSWER OR OTHERWISE RESPOND using CM/ECF, which will send notification of such filing, to the following:

Seth D. Rigrodsky
MILBERG WEISS BERSHAD
& SCHULMAN, LLP
919 North Market Street, Suite 411
Wilmington, Delaware 19801
srigrodsky@milbergweiss.com

Robert R. Davis
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
robertdavis@chimicles.com

J. Clayton Athey
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jcathey@prickett.com

David Phillip Primack
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
david.primack@dbr.com

Michael F. Bonkowski
SAUL EWING LLP
222 Delaware Avenue Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
mbonkowski@saul.com

Laurence V. Cronin
SMITH, KATZENSTEIN & FURLOW
The Corporate Plaza
800 Delaware Avenue P.O. Box 410
Wilmington, Delaware 19899
lcronin@skfdelware.com

Michael A. Weidinger
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
mweidinger@morrisjames.com

I hereby certify that on June 29, 2005, I have caused to be sent via first class mail, a copy of the same document to the following non-registered participants:

William B. Federman
FEDERMAN & SHERWOOD
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

John M. Tran
DiMURO GINSBERG, P.C.
908 King Street Suite 200
Alexandria, Virginia 22314

Robert Plotkin
McGUIRE WOODS LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036-5317

Robert E. Scully, Jr.
REES, BROME & DIAZ, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner, Virginia 22182

Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 2005

Andrew J. Morris
MAYER, BROWN, ROWE & MAW
1909 K Street, N.W.
Washington, DC 20006-1101

Susan Kennedy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996

Joseph Genitle
SARRAF GENTILE LLP
111 John Street, 8th Floor
New York, NY 10038

Eric Belfi
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue
New York, NY 10016

Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

William E. Donnelly
LECLAIR RYAN, P.C.
1701 Pennsylvania Ave, N.W. Suite 1045
Washington, D.C. 20006

John F. Moynahan
10829 Fieldwood Drive
Fairfax, VA 22030-4550

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Joseph H. Weiss
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176

Bruce Murphy
LAW OFFICES OF BRUCE MURPHY
265 Lwyds Lane
Vero Beach, Florida 32963

Jules Brody
STULL, STULL & BRODY
5 East 45th Street
New York, NY 10017

Jack Landskroner
Paul Greico
LANDSKRONER, GREICO, MADDEN, LTD.
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Thomas A. Holman
HOLMAN LAW OFFICE
One Pennsylvania Plaza
Suite 4632
New York, NY 10117

Andrew M. Schatz
Jeffrey S. Nobel
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103

Jessica Zeldin (Del. Bar No. 3558)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
Suite 1401, 919 N. Market Street
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
jzeldin@rmgglaw.com