IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, <br><br> Defendants. | Civil Action No. 05-0222 (SLR) <br> Class Action |
| MOSHE TAL, On Behalf Of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, <br><br> Defendants. | Civil Action No. 05-0242 (SLR) <br> Class Action |

[Captions Continued On Next Page]

**XYBERNAUT INVESTORS GROUP'S NOTICE OF
CONDITIONAL WITHDRAWAL OF LEAD PLAINTIFF MOTION**

| | | |
|---|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated, | : : : | Civil Action No. 05-0256 (SLR)<br>Class Action |
| Plaintiff, | : : | |
| v. | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, | : : : : | |
| Defendants. | : : | |
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated, | : : : : | Civil Action No. 05-0268 (SLR)<br>Class Action |
| Plaintiffs, | : : | |
| v. | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP, | : : : : : | |
| Defendants. | : : | |
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated, | : : : | Civil Action No. 05-0310 (SLR)<br>Class Action |
| Plaintiff, | : : | |
| v. | : | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN, and GRANT THORNTON, LLP, | : : : : : | |
| Defendants. | : : | |

[Captions Continued On Next Page]

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON, and RICHARD W. DEARBORN,<br><br>Plaintiffs,<br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>Defendants. | Civil Action No. 05-0334 (SLR)<br>Class Action |

PLEASE TAKE NOTICE that Individual investors, Donald T. Ogle, Jr., Wei Wang, Tom Johnson, Michael Taylor, and Robert A. Schultz (collectively, the "Xybernaut Investors Group"), hereby submit this Conditional Withdrawal of Lead Plaintiff Motion.

On June 14, 2005, pursuant to § 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B), the Xybernaut Investors Group moved for appointment as lead plaintiff in connection with the above-captioned securities fraud class actions (Aylor D.I. 4; Tal D.I. 8; Fehrenbacher D.I. 7; Jaskol D.I. 11; Wauhop D.I. 6; Donnelly D.I. 4; Smith D.I. 5). Three other groups, only one of which asserted losses greater than the Xybernaut Investors Group, also moved for appointment as lead plaintiff: the Al Mesnad Group (consisting of four individuals with combined losses of $853,508); the James Group (consisting of five individual investors with combined losses of $427,000); and the Fehrenbacher

Shareholder Group (consisting of three members with combined losses of $381,000).

The PSLRA provides that there is a presumption that "the most adequate plaintiff... is the person or group of persons" that, *inter alia*, "has the largest financial interest in the relief sought by the 4class." 15 U.S.C. § 77z-1(a)(3)(B)(iii). In recognition of the amount of the Al Mesnad Group's combined losses, and in light of the most recent submission to the Court by the Al Mesnad Group in support of its motion for lead plaintiff, the Xybernaut Investors Group conditionally withdraws its motion and respectfully submits that the Al Mesnad Group should be appointed as lead plaintiff.[1]

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
jzeldin@rmgglaw.com
Counsel for Movant

OF COUNSEL:

James E. Miller
Patrick A. Klingman
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut 06412
(860) 526-1100

---

[1] In the event that the Court were to determine that the Al Mesnad Group is not the appropriate group to serve as lead plaintiff, the Xybernaut Group, as the movant with the second largest loss, stands ready to serve as lead plaintiff.

Scott R. Shepherd
James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC(610) 891-9880
35 East State Street
Media, Pennsylvania 19063
(610) 891-9890
(610) 891-9883 (facsimile)

Andrew M. Schatz
Jeffrey S. Nobel
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103
(860) 493-6292

July 5, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2004, I electronically filed XYBERNAUT INVESTORS GROUP'S NOTICE OF CONDITIONAL WITHDRAWAL OF LEAD PLAINTIFF MOTION TO ANSWER OR OTHERWISE RESPOND using CM/ECF, which will send notification of such filing, to the following:

Seth D. Rigrodsky
MILBERG WEISS BERSHAD
& SCHULMAN, LLP
919 North Market Street, Suite 411
Wilmington, Delaware 19801
srigrodsky@milbergweiss.com

Robert R. Davis
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
robertdavis@chimicles.com

J. Clayton Athey
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jcathey@prickett.com

David Phillip Primack
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
david.primack@dbr.com

Michael F. Bonkowski
SAUL EWING LLP
222 Delaware Avenue  Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
mbonkowski@saul.com

Laurence V. Cronin
SMITH, KATZENSTEIN & FURLOW
The Corporate Plaza
800 Delaware Avenue  P.O. Box 410
Wilmington, Delaware  19899
lcronin@skfdelware.com

Michael A. Weidinger
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
mweidinger@morrisjames.com

I hereby certify that on July 5, 2005, I have caused to be sent via first class mail, a copy of the same document to the following non-registered participants:

William B. Federman
FEDERMAN & SHERWOOD
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

John M. Tran
DiMURO GINSBERG, P.C.
908 King Street Suite 200
Alexandria, Virginia 22314

Robert Plotkin
McGUIRE WOODS LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036-5317

Robert E. Scully, Jr.
REES, BROME & DIAZ, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner, Virginia 22182

Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Andrew J. Morris
MAYER, BROWN, ROWE & MAW
1909 K Street, N.W.
Washington, DC 20006-1101

Susan Kennedy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996

Joseph Genitle
SARRAF GENTILE LLP
111 John Street, 8th Floor
New York, NY 10038

Eric Belfi
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue
New York, NY 10016

Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

William E. Donnelly
LECLAIR RYAN, P.C.
1701 Pennsylvania Ave, N.W. Suite 1045
Washington, D.C. 20006

John F. Moynahan
10829 Fieldwood Drive
Fairfax, VA 22030-4550

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Joseph H. Weiss
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176

Bruce Murphy
LAW OFFICES OF BRUCE MURPHY
265 Lwyds Lane
Vero Beach, Florida 32963

Jules Brody
STULL, STULL & BRODY
5 East 45th Street
New York, NY 10017

Jack Landskroner
Paul Greico
LANDSKRONER, GREICO, MADDEN, LTD.
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Thomas A. Holman
HOLMAN LAW OFFICE
One Pennsylvania Plaza
Suite 4632
New York, NY 10117

Andrew M. Schatz
Jeffrey S. Nobel
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103

_____
Jessica Zeldin (Del. Bar No. 3558)
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
Suite 1401, 919 N. Market Street
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
jzeldin@rmgglaw.com